IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Gloria Eloise Anderson, | ) | C/A No.: 3:11-1398-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Ryan's Restaurant, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for defendant Ryan's Restaurant Group, Inc.[1] ("Defendant"), has advised this court that Defendant filed a petition in the Bankruptcy Court in the District of Delaware under Chapter 11 of the Bankruptcy provisions of the United States Code on January 18, 2012 (Case Number 12-10245). [Entry #25]. Pursuant to 11 U.S.C. § 362(a)(1), the court acknowledges an automatic stay of further proceedings against the Defendant in this action until such time as the stay is lifted or otherwise modified. If and when the Bankruptcy Court issues an order that may lift or modify the automatic stay, the parties to the instant case shall indicate the same to this court by filing a status report.

IT IS SO ORDERED.

*Shiva V. Hodges*

February 1, 2012                        Shiva V. Hodges
Columbia, South Carolina                United States Magistrate Judge

---

[1] According to Defendant's Local Civil Rule 26.01 interrogatory responses, Ryan's Restaurant Group, Inc. is incorrectly identified as Ryan's Restaurant in the complaint.